# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CARLTON D. BRYE,

      Petitioner,

    vs.

ANTHONY HAYNES, Warden,

      Respondent.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV212-144

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **GRANTED**. Petitioner Carlton D. Brye shall be transported to the Middle District of Florida, Tampa Division, for resentencing purposes. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 4 day of _____, 2013.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA